# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
WAYNE CHARLES BAKER )
JAN MARIE BAKER ) CASE NO. 16-00014-MH3-13
215 WINBURN LN ) JUDGE MARIAN F HARRISON
FRANKLIN, TN  37069 )
)

SSN XXX-XX-8332        SSN XXX-XX-5784

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 9/14/2016.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 9/28/2016 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203.**

## NOTICE OF MOTION TO DISALLOW CLAIM OF
## FEDERAL NATIONAL MORTGAGE ASSOCIATION (PAYEE SETERUS INC) COURT'S CLAIM #11

   Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief:  Motion To Disallow Claim of FEDERAL NATIONAL MORTGAGE ASSOCIATION (PAYEE SETERUS INC).

   **YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before <u>the response date stated above</u>, you or your attorney must:

1. File with the court your response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing.  Any response objection you wish to file must be submitted electronically.  To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

 If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584.  The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

 2. Your response must state the deadline for filing response,  the date of the scheduled hearing,  and the motion to which you are responding .

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WAYNE CHARLES BAKER ) | CASE NO. 16-00014-MH3-13 |
| JAN MARIE BAKER ) | JUDGE MARIAN F HARRISON |
| 215 WINBURN LN ) | |
| FRANKLIN, TN 37069 ) | |

SSN XXX-XX-8332      SSN XXX-XX-5784

## MOTION TO DISALLOW CLAIM OF
## FEDERAL NATIONAL MORTGAGE ASSOCIATION (PAYEE SETERUS INC) COURT'S CLAIM #11

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court disallow the proof of claim asserted on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION (payee SETERUS INC), filed as claim #11 on the Court's claims register. In support thereof, the Trustee would state as follows:

<u>The Proof of Claim was filed after the bar date</u>. The proof of claim was filed after the final date for filing proofs of claims. The claim was filed on 7/29/2016 12:00:00AM. The last day for general creditors to file proofs of claim was May 16, 2016 pursuant to Rule 3002(c). The last day for governmental creditors to file proofs of claim was July 04, 2016 pursuant to 11 U.S.C § 502 (b)(9). The Trustee has examined the claim and moves the Court that it be disallowed as not being timely filed pursuant to 11 U.S.C § 502(b)(9).

WHEREFORE, the premises considered, the Trustee requests that this court disallow the proof of claim asserted by FEDERAL NATIONAL MORTGAGE ASSOCIATION, payee SETERUS INC, filed as claim #11 on the Court's claims register.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on WAYNE CHARLES BAKER & JAN MARIE BAKER, 215 Winburn Ln, Franklin, TN 37069;
SETERUS INC P O BOX 1047, HARTFORD, CT 06143;
SHAPIRO AND INGLE LLP 10130 PERIMETER PKWY, SUITE 400, CHARLOTTE, NC 28216;
FEDERAL NATIONAL MORTGAGE ASSOCIATION 3900 WISCONSIN AVE NW WASHINGTON DC 20016;
SETERUS INC 3039 CORNWALLIS RD BLDG 203 STE AA145 RESEARCH TRIANGLE PARK, NC 27709;
SETERUS INC P O BOX 1047, HARTFORD, CT 06143;
and by email by Electronic Case Noticing to Ms Beth R Derrick, Assistant US Trustee, and E COVINGTON JOHNSTON, Debtors' counsel on this 15th day of August, 2016.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE: )
)
WAYNE CHARLES BAKER )
JAN MARIE BAKER ) CASE NO. 16-00014-MH3-13
215 WINBURN LN )
FRANKLIN, TN 37069 ) JUDGE MARIAN F HARRISON
)

SSN XXX-XX-8332      SSN XXX-XX-5784

---

**ORDER TO DISALLOW CLAIM OF**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION (PAYEE SETERUS INC) COURT'S CLAIM #11**

---

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The Proof of Claim was filed after the bar date;

that the Trustee has served notice of the motion on the claimant, the debtors and debtors' counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed .

Creditor Name: FEDERAL NATIONAL MORTGAGE ASSOCIATION (payee SETERUS INC)
Court's Claim Number: 11
Account Number: xxxxxxxx3483


APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III                                    THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                                        ELECTRONICALLY AS INDICATED AT THE
CHAPTER 13 TRUSTEE                                              TOP OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com