UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 3: 16-bk-00014-MFH |
| WAYNE CHARLES BAKER | |
| JAN MARIE BAKER, | Chapter 13 |
| DEBTORS. | |

THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 11/07/2016.
IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 11/23/2016 AT 8:30 AM CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN, 37203

**RESPONSE TO TRUSTEE'S MOTION TO DISALLOW IN PART THE CLAIM OF SETERUS, INC. (PAYEE SETERUS, INC.) (COURT CLAIM 10) BY SETERUS, INC. SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION REGARDING REAL PROPERTY LOCATED AT 215 WINBURN LANE, FRANKLIN, TENNESSEE 37069**

**COMES NOW**, Seterus, Inc. servicer for Federal National Mortgage Association ("Seterus, Inc.") by and through the undersigned Counsel, and hereby responds to the Trustee's Motion to Disallow in Part the Claim of Seterus, Inc. (Payee Seterus, Inc.)( Court Claim 10). Seterus, Inc. objects to the Trustee's Motion as the Proof of Claim will be amended to address the issues included in the Trustee's Motion and requests this matter be set for hearing.

**WHEREFORE, PREMISES CONSIDERED**, Seterus, Inc. requests that the Court set a hearing relating to this response.

Respectfully submitted,

*/s/ Kyle Stewart*
Kyle Stewart
TN State Bar No.: 033796
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
TNECF@logs.com
Phone: (704) 333-8107
Fax: (704) 333-8156

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to the Trustee's Motion to Disallow in Part the Claim of Seterus, Inc. (Payee Seterus, Inc.)(Court Claim 10). In Part has been electronically served or mailed, postage prepaid on October 27, 2016 to the following:

(Electronic Service)
E. Covington Johnston
Johnston & Street
236 Public Sq. Suite 103
Franklin, TN 37064


(Service by US Mail)
Wayne Charles Baker
215 Winburn Ln
Franklin, TN 37069

(Service by US Mail)
Jan Marie Baker
215 Winburn Ln
Franklin, TN 37069


(Electronic Service)
Henry Edward Hildebrand, III
PO Box 340019
Nashville, TN 37203-0019


                                    /s/ Kyle Stewart
                                    Kyle Stewart (033796)