# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 3:16-00014 |
| WAYNE CHARLES BAKER and | ) | CHAPTER 13 |
| JAN MARIE BAKER | ) | JUDGE: HARRISON |
|     Debtors. | ) | |

## EXPEDITED MOTION FOR SUSPENSION OF CHAPTER 13 PLAN PAYMENTS

COMES NOW the Debtors, and move this Honorable Court as follows:

1. The Debtors request that their Chapter 13 plan payments be suspended for a 30-day period beginning April 1, 2018 to May 1, 2018.

2. The Debtors would show that there is an urgency to the suspension of their plan payments due to the fact that the Debtors have had a serious illness in their family and will be required to expend funds to travel to the state of Florida as a result of the medical urgency.

3. Notice of this motion will be given to all creditors and parties in interest by electronic mail, and/or by United States mail, postage prepaid.

4. The Debtors suggest that this Motion be heard on March 14, 2018 at 8:30am.

5. The Debtors would suggest that their Chapter 13 plan payments be increased over the remaining life of their plan to compensate for the 30-day extension requested herein.

WHEREFORE, the Debtors move this Honorable Court to suspend their Chapter 13 plan payments for a 30-day period beginning April 1, 2018.

DATED this 7th day of March 2018.

Respectfully submitted,

/s/ E. Covington Johnston, Jr.
E. Covington Johnston, Jr., #4408
**JOHNSTON & STREET, PLLC**
236 Public Square, Suite 103
Franklin, TN 37064
PH: (615) 791-1819 / FX: (615) 791-1418
Email: ecjohnston@johnstonandstreet.com
*Attorney for Debtors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Expedited Motion to Suspend Chapter 13 plan payments has been sent via electronic transmission or by U.S. Mail, postage prepaid, to all creditors and parties in interest, including those listed hereinbelow, on this 7th day of March 2018.

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019

Office of the U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203

Belk/Synchrony Bank
P.O. Box 530940
Atlanta, GA 30353

Best Buy
P.O. Box 183195
Columbus, OH 43218

Capital One
P.O. Box 71803
Charlotte, NC 28272

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Citibank/Midland Funding Credit Mgmt
8875 Aero Dr.
San Diego, CA 92123

Comcast Cable
c/o Credit Collections Service
P.O. Box 55126
Boston, MA 02205

Discover Card
P.O. Box 71084
Charlotte, NC 28272

Ebay
c/o I C Systems
P.O. Box 64886
Saint Paul, MN 55164

Ford Motor Credit Co.
Drawer 55-953
P.O. Box 55000
Detroit, MI 48255-0953

Physicians Urgent Care
155 Covey Dr., Suite 100
Franklin, TN 37067

Salle Mae
P.O. Box 9500
Wilkes Barre, PA 18773

Seterus
P.O. Box 2008
Grand Rapids, MI 49501

Vanderbilt Medical Center
719 Thompson Lane – Ste 30860
Nashville, TN 37204

Vanderbilt Medical Center
P.O. Box 415000
Nashville, TN 37241

Williamson Medical Services
P.O. Box 10168
Knoxville, TN 37939

/s/ E. Covington Johnston, Jr.
E. Covington Johnston, Jr.

Case 3:16-bk-00014   Doc 126   Filed 03/07/18   Entered 03/07/18 14:12:25   Desc Main
Document    Page 3 of 3