Marian F. Harrison
US Bankruptcy Judge

Dated: 3/29/2018

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | CASE NO. 3:16-00014 |
| WAYNE CHARLES BAKER and ) | CHAPTER 13 |
| JAN MARIE BAKER ) | JUDGE: Harrison |
| Debtors. ) | |

### AGREED ORDER TO SUSPEND CHAPTER 13 PLAN PAYMENTS

THIS CAUSE came on to be heard on the 28th day of March 2018, upon the Debtors' Motion to suspend their Chapter 13 plan payments for a 30-day period. It appearing that the Trustee has filed a Response to said Motion, and it appearing that the parties have reached an agreement as evidenced by the signatures hereinbelow, that the Debtors' Chapter 13 plan payments should be suspended for a 30-day period under the following conditions:

1. The Debtors' tax refunds shall be dedicated to the Chapter 13 plan.

2. The Debtors shall attend the Chapter 13 Trustee's budgeting class.

3. The case shall be on probation, and if the Debtors miss any future payments, the Trustee may file a notice of default and Order of dismissal.

It is therefore, SO ORDERED.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

Approved for Entry:

/s/ E. Covington Johnston, Jr.
E. Covington Johnston, Jr., #4408
*Attorney for Debtor*
236 Public Square, Suite 103
Franklin, TN 37064
PH: (615) 791-1819 / FX: (615) 791-1418
Email: ecjohnston@johnstonandstreet.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US,
o=chapter 13 trustee, ou=finance(51),
email=pleadings@ch13nsh.com
Date: 2018.03.29 09:23:33 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
PH: 615-244-1101 / FX: 615-242-3241
Email: pleadings@ch13nsh.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _____ day of _____ 2018, a true and correct copy of the foregoing submitted Agreed Order has been sent via electronic transmission or U.S. Mail, postage prepaid, to:

Office of the U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203

/s/ E. Covington Johnston, Jr.
E. Covington Johnston, Jr.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.